JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY LOWRY, ) | Case No. EDCV 09-1148-VAP |
| ) | (JCx) |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | |
| CLARENDON AMERICA ) | |
| INSURANCE COMPANY, AND ) | |
| DOES 1 THROUGH 100, ) | |
| INCLUSIVE, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: <u>August 12, 2009</u>

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge